[No. 47576-2-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIKO A. WEBBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-04027-1, Kimberly Prochnau, J. Pro Tem., entered October 17, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47885-1-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG KUBECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01591-2, Philip G. Hubbard, Jr., J., entered December 8, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47892-3-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIUS SPEARS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06173-7, Charles W. Mertel, J., entered December 15, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48058-8-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06555-6, Douglass A. North, J., entered January 18, 2001. *Dismissed* by unpublished per curiam opinion.